EXHIBIT A:  Unclaimed Debtor Refunds on Closed Cases

Office of Tom Vaughn Chapter 13 Trustee

| Count | Case No | Debtor | Claimant | Amount | Explanation |
|---|---|---|---|---|---|
| 01) | 12 B 20148 | Davis, Alaina | Alaina Davis<br>3822 W Wilcox St #2R<br>Chicago IL  60624 | $3.49 | Check issued to debtor not presented within 90 days |
| 02) | 12 B 26899 | Feazell, Juaquin L | Juaquin L Feazell<br>1016 Liberty Pkwy<br>Atlanta GA  30318 | $4.57 | Check issued to debtor not presented within 90 days |
| 03) | 12 B 36203 | Tate, James | James Tate<br>Tijuana Y Tate<br>4550 W George #3<br>Chicago IL  60641 | $968.80 | Checks issued to debtor returned bad address.  Unable to locate debtor |
| 04) | 12 B 37262 | Covington, Raphael J | Raphael J Covington<br>4 Villa Verde Dr Apt 202<br>Buffalo Grove IL  60089 | $6.00 | Check issued to debtor not presented within 90 days |
| 05) | 12 B 39506 | Robinson, Leticia | Leticia B Robinson<br>5953 S Michigan Unit S<br>Chicago IL  60637 | $2.84 | Check issued to debtor not presented within 90 days |
| 06) | 13 B 03439 | Williams, Sherry L | Sherry L Williams<br>Shedrick H Williams<br>1463 W 73rd PL<br>Chicago IL  60636 | $1.22 | Check issued to debtor not presented within 90 days |
| 07) | 13 B 11899 | Pittmon, Victoria G | Victoria G Pittmon<br>7220 S Wentworth #3<br>Chicago IL  60624 | $17.97 | Checks issued to debtor not presented within 90 days |
| 08) | 13 B 24945 | Williams, Christopher | Christopher Williams<br>1014 E Kerr #201<br>Urbana IL  61802 | $7.71 | Check issued to debtor not presented within 90 days |

EXHIBIT A:  Unclaimed Debtor Refunds on Closed Cases
Office of Tom Vaughn Chapter 13 Trustee

| | | | | | |
|---|---|---|---|---|---|
| 09) | 13 B 47623 | Garner, Eddie | Eddie Garner<br>6623 S Michigan #4<br>Chicago IL  60637 | $60.00 | Checks issued to debtor not presented within 90 days |
| 10) | 14 B 01452 | Brewer, Maurice L | Maurice L Brewer<br>7108 S Rhodes #206<br>Chicago IL  60619 | $5.00 | Check issued to debtor not presented within 90 days |
| 11) | 14 B 10425 | Gant, Timothy Alan | Timothy Alan Gant<br>Yaquala M Gant<br>3030 E 201st St<br>Lynwood IL  60411 | $35.42 | Check issued to debtor returned bad address.  Unable to locate debtor. |
| 12) | 14 B 11743 | Morris, Aries M | Aries M Morris<br>11 Pine Cone Ct<br>Bloomington IL  61704 | $54.74 | Check issued to debtor returned bad address.  Unable to locate debtor. |
| 13) | 14 B 23374 | Wiggins, Byron K | Byron K Wiggins<br>249 W 37th PL<br>Chicago IL  60609 | $2.00 | Check issued to creditor not presented within 90 days. |
| 14) | 14 B 29274 | Bailey, Kimberly L | Kimberly L Bailey<br>10712 Wabash #1<br>Chicago IL  60628 | $8.02 | Check issued to debtor not presented within 90 days |
| 15) | 14 B 38862 | Woods, Rick | Rick Woods<br>2638 N Normandy Ave<br>Elmwood Park IL  60707 | $2.00 | Check issued to debtor not presented within 90 days |
| 16) | 15 B 17811 | Cardona, Santa M | Santa M Cardona<br>5904 W Wilson Bsmt<br>Chicago IL  60630 | $6.80 | Check issued to debtor not presented within 90 days |

EXHIBIT A:  Unclaimed Debtor Refunds on Closed Cases
Office of Tom Vaughn Chapter 13 Trustee

| | | | | | |
|---|---|---|---|---|---|
| 16) | 15 B 38436 | Watkins. Jr., Brack R | Brack R Watkins Jr<br>148 N Leamington<br>Chicago IL  60644 | $1,125.00 | Checks issued to debtor returned bad address.  Unable to locate debtor |
| 17) | 15 B 42866 | Hargrove, Marcia F | Marcia F Hargrove<br>9132 S Union<br>Chicago IL  60620 | $40.39 | Check issued to debtor not presented within 90 days |
| 19) | 16 B 29606 | Hall, Margaret | Margaret Hall<br>10129 S Forest Ave<br>Chicago IL  60628 | $4.77 | Check issued to debtor not presented within 90 days |
| | | | | $2,356.74 | |